IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF )<br>BROOKE M. CRUMP )<br> )<br> ) | **ORDER** |
| DISCIPLINARY ACTION IN THE UNITED )<br>STATES DISTRICT COURT FOR THE )<br>MIDDLE DISTRICT OF NORTH CAROLINA ) | 1:22MC27 |

On October 12, 2022, the court was notified by the Clerk of the Disciplinary Hearing Commission of the North Carolina State Bar that BROOKE M. CRUMP had been suspended from the practice of law in North Carolina.

THEREFORE, IT IS ORDERED pursuant to Local Rule 83.10c(b), that BROOKE M. CRUMP complete the enclosed Declaration of Admission to Practice and show cause within twenty-one (21) days as to why imposition of the identical discipline by this court would be unwarranted.

When an attorney's privilege to practice in this court has been suspended for more than three months, or that attorney has been disbarred, reinstatement to practice before this court is dependent upon compliance with the provisions of Local Rule 83.10h and proof of being in good standing with the State Bar at the time a petition for reinstatement is filed.

This the 13th day of October, 2022.

/s/ Thomas D. Schroeder
Chief United States District Judge
Middle District of North Carolina