IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DECLARATION OF ADMISSIONS TO PRACTICE

In Re_____

    I,_____, am the attorney who has been served with an order to show cause why disciplinary action should not be taken in the above captioned matter.

    I am a member of the Bar of this court.

    I have been admitted to practice before the following State and Federal courts, in the years shown below:




    I declare under penalty of perjury that the foregoing is true and correct.

Excuted on_____
           (Date)

_____
(Signature)

_____
(Full name - typed or printed)

_____

_____

_____
(Address of Record)

    This declaration must be signed, and delivered to the court with the attorney's answer to the order to show cause or any waiver of an answer. Failure to return this declaration may subject an attorney to further disciplinary action. Under 28 U.S.C. § 1746, this declaration under penalty of perjury has the same force and effect as a sworn declaration made under oath.