## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF                  )
BROOKE M. CRUMP           )
                                    )
                                    )       **ORDER**
DISCIPLINARY ACTION IN THE UNITED  )
STATES DISTRICT COURT FOR THE    )       1:22MC27
MIDDLE DISTRICT OF NORTH CAROLINA )

On October 12, 2022, the Court was notified by the Assistant Executive Director of the North Carolina State Bar that BROOKE M. CRUMP was SUSPENDED from the practice of law in North Carolina.

Ms. Crump filed a Declaration of Admissions to Practice to the Court's Order entered on October 13, 2022, in accordance with the provisions of Local Rule 83.10c(b), requesting not to be disciplined in this court at this time.

THEREFORE, IT IS ORDERED that BROOKE M. CRUMP is SUSPENDED from the practice of law in United States District Court for the Middle District of North Carolina.

When an attorney's privilege to practice in this court has been suspended for more than three months or that attorney has been disbarred, reinstatement to practice before this court requires compliance with the provisions of Local Rule 83.10h and proof of being in good standing with the State Bar at the time of the petition and hearing.

This the 12th day of December 2022.

                               /s/    Thomas D. Schroeder
                               Chief United States District Judge
                               Middle District of North Carolina